UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

August 20, 2015

MEMORANDUM TO PARTIES RE:      Sally Boarman v. Carolyn W. Colvin
                                Civil No. GLR-14-4028

Dear Parties:

Upon consideration of Plaintiff Sally Boarman's Request for Extension of Time to Respond to Defendant Carolyn W. Colvin's Motion to Dismiss (ECF No. 10) and the correspondence from counsel for the Defendant consenting to Boarman's Request (ECF No. 12), Boarman's Request (ECF No. 10) is GRANTED. Boarman is directed to file an opposition to Defendant's Motion to Dismiss by Thursday, October 20, 2015.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly and MAIL a copy to Boarman at her address of record.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge